# EXHIBIT 1

Federal Bureau of Investigation
Record/Information Dissemination Section (RIDS)
170 Marcel Drive
Winchester, VA 22602 –4843
fax: 540-868-4391

November 8, 2022

VIA FAX

Dear FBI:

**Re-: Freedom of Information Act/Privacy Act Request**

      This letter constitutes a request under the federal Freedom of Information Act U.S. C. § 552 (FOIA) and is submitted on behalf of Kai Bird to the Federal Bureau Investigation (FBI). Kai Bird is a journalist and historian conducting research for a forthcoming book on Roy Marcus Cohn for Scribner's publishing company.

**I. Background** (from Wikipedia)

**Roy Marcus Cohn:** (FRCP 5.2, 1927 – August 2, 1986) was an American lawyer and prosecutor who came to prominence for his role as Senator Joseph McCarthy's chief counsel during the Army–McCarthy hearings in 1954, when he assisted McCarthy's investigations of suspected communists.

Cohn was an investigator in the 1951 prosecution of Julius and Ethel Rosenberg. That trial brought the 24-year-old Cohn to the attention of Federal Bureau of Investigation (FBI) director J. Edgar Hoover. With support from Hoover and Cardinal Spellman, Hearst columnist George Sokolsky convinced Joseph McCarthy to hire Cohn as his chief counsel, choosing him over Robert F. Kennedy. Cohn assisted McCarthy's work for the Senate Permanent Subcommittee on Investigations, becoming known for his aggressive questioning of suspected Communists.

After resigning his position as chief counsel with McCarthy in late 1954, Cohn had a 30-year career as an attorney in New York City. His clients included Donald Trump; New York Yankees baseball club owner George Steinbrenner; Aristotle Onassis; Mafia figures Tony Salerno, Carmine Galante, John Gotti and Mario Gigante; Studio 54 owners Steve Rubell and Ian Schrager; the Roman Catholic Archdiocese of New York; Texas financier and philanthropist Shearn Moody, Jr.; and business owner Richard Dupont.

In the late 1970s and during the 1980s, he became a prominent political fixer in New York City. He also represented and mentored the real estate developer and later U.S. President Donald Trump during his early business career.

Cohn was born in The Bronx in New York City and educated at Columbia University.

In 1986, he was disbarred by the Appellate Division of the New York State Supreme Court for unethical conduct. He died five weeks later from AIDS-related complications, having vehemently denied that he was suffering from HIV.

## II. Requested Records

In 2019, the FBI unsealed 748 heavily redacted pages that are part of what is believed to be a 4,000 page file on Roy Cohn.

I am requesting that the FBI: (i) review the 748 redacted pages that were released in 2019 and provide a less redacted or, preferably, an unredacted copy and (ii) release the remaining pages of the file on Roy Cohn.

More specifically, pursuant to the FOIA, I, Kai Bird request access to and copies of the following records:

1. All records mentioning or referring to Roy Cohn or Roy M. Cohn or Roy Marcus Cohn (heretofore referred to as Roy Cohn).
2. All records, including email correspondence, telexes, faxes, text messages, and other electronic messages, that include the term Roy Cohn and any of the following keywords (case insensitive):

Subpoena
The mob
Fugazi, Salerno, Galanti, Gotti
Robert Morgenthau
U.S. District Attorney NY 1952
United Dye and Chemical Company
1954 U.S. Army Investigation
Senator Joseph McCarthy
Bribery File
Administrative Inquiry file
Homosexuality
Cardinal Spellman
Henry Hill
Gays, Communists and Drugs
Gore Vidal
Witness Statements
James W. Pieper
J. Edgar Hoover
U.S. Department of Justice
Donald Trump
Albert Cohn (father)
Owen Lattimore
Irving Saypol
Abraham Feller
Allen Dershowtiz
Roger Stone
Sy Newhouse
Walter Winchell
David Schine

Note that all of these individuals are long deceased—with the exception of Donald Trump. Allen Dershowtiz and Roger Stone. To be clear, I am not requesting the files of each of these named individuals. I am offering up these names as key words that may help to retrieve files related to Roy Cohn.

    3. All communications including correspondence, memorandum, telexes, faxes, text messages and electronic messages that refer to Roy Cohn.

4. All records mentioning, referring to, or constituting the memorandum send from the United States Attorney's office for the Southern District of New York seeking approval for questioning, arresting, or charging Roy Cohn.

In addition, I would request that the FBI's New York field office be searched in responding to this request as well as all other locations likely to contain responsive records.

Please note that written correspondence as referred to in this request includes the entire email, telex or fax chain in which the FBI is sender or recipient including a "cc" or "bcc" of one or more items in the chain. This request also includes any attachments. This request also includes official communications sent or received using any non-governmental email account or other electronic messaging account.

### III. Fees and Fee Categorization

I have been a working journalist for over 40 years; I serve on the Editorial Board of the Nation magazine in New York City; and I am the Executive Director of the Leon Levy Center for Biography at the Graduate Center of the City University of New York. Finally, I am under contract with Scribner's, a division of Simon & Schuster, to write a biography of Roy Cohn.

As a representative of the news media, I would only be required to pay for the direct cost of duplication after the first hundred pages. This information is being sought for analysis and free dissemination to the general public through multiple avenues including a book, social media accounts and magazine articles. The average citizen and the reading public have a long-standing interest in the historical figure of Roy Cohn. One biography has already been published about Roy Cohn. *Citizen Cohn: The Life and Times of Roy Cohn* was published in 1988 by the *Washington Post* reporter, Nicholas von Hoffman. Numerous magazine articles have also been published about Cohn over the last four decades. Roy Cohn is obviously of public interest.

### IV. Conclusion

If this request is denied in whole or part, please justify all such denials by reference to specific exemptions and explain why the FBI "reasonably foresees that disclosure would harm an interest" protected by that exemption or why

"disclosure is prohibited by law." 5U.S.C. § 552 (A) (8). Please also ensure that all segregable portions of otherwise exempt material are released.

If you have any questions regarding this request, please feel free to contact me at 202-386-2447. Thank you in advance for your assistance.

Sincerely,

Kai Bird

Kai Bird
Executive Director & Distinguished Lecturer
Leon Levy Center for Biography
CUNY Graduate Center, Room 6200.01
365 Fifth Ave
New York NY 10016

www.KaiBird.com